■ In the Matter of VIRGINIA MAGRELLA, Petitioner, v NASSAU COUNTY CIVIL SERVICE COMMISSION et al., Respondents.

There was ample basis in the record for the respondent Nassau County Civil Service Commission's determination that the petitioner was not a bona fide resident of Nassau County. The determination is clearly supported by substantial evidence and therefore should not be disturbed (see, *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176).

We have reviewed the petitioner's remaining contentions and have found them to be without merit. Lazer, J. P., Niehoff, Lawrence and Kooper, JJ., concur.